THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. PAUL E. HILTON, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 29, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Queens County Court, rendered May 10, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Henry C. Frey, William F. Ryan* and *Thomas D. Austin* for appellant.

*Richard S. Newcombe, District Attorney (Thomas F. Thornton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.